# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 12, 2012

Robert P. Young, Jr.,
Chief Justice

145730-1

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JAMES HOFFMAN and JULIE HOFFMAN,
      Plaintiffs-Appellants,

v

CONSUMERS ENERGY COMPANY,
      Defendant-Appellee.

SC: 145730
COA: 300577
Macomb CC: 2010-002808-NO

_____/

JAMES HOFFMAN and JULIE HOFFMAN,
      Plaintiffs-Appellants,
and

STATE FARM FIRE AND CASUALTY
COMPANY,
      Intervening-Plaintiff-Appellant,

v

CONSUMERS ENERGY COMPANY,
      Defendant-Appellee,
and

DRESSER, INC.,
      Defendant.

SC: 145731
COA: 301977
Macomb CC: 2010-002808-NO

_____/

On order of the Court, the application for leave to appeal the May 24, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, MARILYN KELLY, and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 12, 2012

t1205

_____
Clerk